IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-59-F

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JEFFREY MICHAEL TODD | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on September 2, 2014, the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253: an HP laptop computer, model dv6, serial #CNF0179JHV; Western Digital external hard drive, model Passport, serial #WX41CC1V2832; Samsung hard drive, model MP0804H, serial #S042J10Y218629; and Western Digital external hard drive, serial #WXEY08CC5913; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant JEFFREY MICHAEL TODD, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the

1

provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 1st day of December, 2014.

                                            JAMES C. FOX
                                            Senior United States District Judge